# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES E. WILSON,
DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77850

**FILED**

NOV 0 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

On August 16, 2019 this court issued an Order instructing petitioner to submit an affidavit that substantially complies with Form 4 of the Nevada Rules of Appellate Procedure, accompanied by a financial certificate from the Department of Corrections within 30 days. Because petitioner had previously been granted three extensions of time, the order further advised petitioner that no further extensions of time would be granted and that failure to comply would result in dismissal.

To date, petitioner has not responded to this court's August 16, 2019, order. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James E. Wilson, District Judge
Frank Milford Peck
Attorney General/Carson City
Attorney General/Las Vegas
Carson City Clerk

19-45330